## GURNEE v. BLAIR.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

No. 988. Submitted December 1, 1879. — Decided December 8, 1879.

*Railroad Company* v. *Blair*, 100 U. S. 661, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This case is not materially different from No. 987, *Railroad Co.* v. *Blair*, 100 U. S. 661, and

> *An order may be entered similar to the one in that case.*

Mr. S. *Corning Judd* and Mr. W. F. *Whitehouse* for appellants.

Mr. E. C. *Larned* and Mr. W. C. *Larned* for appellees.

---

## SEA v. CONNECTICUT MUTUAL LIFE INSURANCE CO.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

No. 1066. Submitted April 29, 1880. — Decided May 10, 1880.

*Carroll* v. *Dorsey*, 20 How. 204, followed.

MOTION TO DISMISS.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This motion is granted on the authority of *Carroll* v. *Dorsey*, 20 How. 204, because of the omission to state with certainty the return day of the writ of error. The defect is one that is amendable under section 1005 Rev. Stat., but as no application is made by the plaintiff in error for leave to amend, and no citation has ever been served, we are not inclined, on our motion, to make any order in that behalf. *Dismissed.*

Mr. H. O. *McDaid* for plaintiff in error.

Mr. E. S. *Isham* and Mr. Robert T. *Lincoln* for defendant in error.

---

## COWDREY v. VANDENBURGH.

APPEAL FROM THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 1076. Submitted January 14, 1880. — Decided March 8, 1880.

*Cowdrey* v. *Vandenburgh*, 101 U. S. 572, followed.

MR. JUSTICE FIELD delivered the opinion of the court.

The decree in this case is affirmed for the reasons given in the above opinion (*Cowdrey* v. *Vandenburgh*, 101 U. S. 572). *Affirmed.*

Mr. Joseph H. *Bradley* for appellant.

Mr. James G. *Payne* for appellees.